## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TOBIAS ROETSCH,

    Plaintiff,                          Case No.: 1:26-cv-06545

v.                                      Judge Edmond E. Chang

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Jeannice W. Appenteng.
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | Chen Yi Canvas painting |

1