Exhibit 1



## 001 Chen Yi Canvas painting