**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TOBIAS ROETSCH,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-06545

Judge Edmond E. Chang

Magistrate Judge Jeannice W. Appenteng

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Thursday, June 11, 2026, at 8:30 a.m., Plaintiff, by

Plaintiff's counsel, shall appear by remote means, before the Honorable Judge Edmond E. Chang

of the U.S. District Court for the Northern District of Illinois and present Plaintiff's *Ex Parte*

Motion for Leave to Conduct Expedited Discovery and Service of Process by Email and/or

Electronic Publication.

DATED: June 3, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***