AO 121 (Rev. 06/16)

| TO: | | REPORT ON THE |
|---|---|---|
| | **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.      DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK     AUTHOR OF WORK |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |
| | | |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court      5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-883

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Anomaly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | November 12, 2020 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Tobias Roetsch |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tobias Roetsch |
| | Hepkestr. 171, Dresden, 01277, Germany |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tobias Roetsch |
| **Email:** | t.roetsch@gtgraphics.de |
| **Address:** | Hepkestr. 171 |
| | Dresden 01277 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 16, 2025 |
| **Applicant's Tracking Number:** | TR2025051603 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-898

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Cosmic Tango |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | November 14, 2023 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Tobias Roetsch |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tobias Roetsch |
| | Hepkestr. 171, Dresden, 01277, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tobias Roetsch |
| **Email:** | t.roetsch@gtgraphics.de |
| **Address:** | Hepkestr. 171 |
| | Dresden 01277 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 16, 2025 |
| **Applicant's Tracking Number:** | TR2025051606 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-856

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
July 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | The Solar System Earth |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | October 06, 2015 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Tobias Roetsch |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tobias Roetsch |
| | Hepkestr. 171, Dresden, 01277, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tobias Roetsch |
| **Email:** | t.roetsch@gtgraphics.de |
| **Address:** | Hepkestr. 171 |
| | Dresden 01277 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 16, 2025 |
| **Applicant's Tracking Number:** | TR2025051616 |

Page 1 of 2



E A R T H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-880

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Disruption |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | April 30, 2012 |
| **Nation of 1st Publication:** | Germany |

## Author

| | | |
|---|---|---|
| • | **Author:** | Tobias Roetsch |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tobias Roetsch |
| | Hepkestr. 171, Dresden, 01277, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tobias Roetsch |
| **Email:** | t.roetsch@gtgraphics.de |
| **Address:** | Hepkestr. 171 |
| | Dresden 01277 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 16, 2025 |
| **Applicant's Tracking Number:** | TR2025051607 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-831

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
July 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Omicron 2019 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 19, 2019 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Tobias Roetsch |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tobias Roetsch |
| | Hepkestr. 171, Dresden, 01277, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tobias Roetsch |
| **Email:** | t.roetsch@gtgraphics.de |
| **Address:** | Hepkestr. 171 |
| | Dresden 01277 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 16, 2025 |
| **Applicant's Tracking Number:** | TR2025051610 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-848

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
July 24, 2025

---

## Title

**Title of Work:** Phlegethon

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** April 02, 2010
**Nation of 1st Publication:** Germany

## Author

- **Author:** Tobias Roetsch
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Tobias Roetsch
Hepkestr. 171, Dresden, 01277, Germany

## Rights and Permissions

**Name:** Tobias Roetsch
**Email:** t.roetsch@gtgraphics.de
**Address:** Hepkestr. 171
Dresden 01277 Germany

## Certification

**Name:** David Denholm
**Date:** May 16, 2025
**Applicant's Tracking Number:** TR2025051612

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-854

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
July 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Sun |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | March 23, 2021 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Tobias Roetsch |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tobias Roetsch |
| | Hepkestr. 171, Dresden, 01277, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tobias Roetsch |
| **Email:** | t.roetsch@gtgraphics.de |
| **Address:** | Hepkestr. 171 |
| | Dresden 01277 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 16, 2025 |
| **Applicant's Tracking Number:** | TR2025051614 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-875

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Ambition |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | March 21, 2020 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| •     **Author:** | Tobias Roetsch |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tobias Roetsch |
| | Hepkestr. 171, Dresden, 01277, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tobias Roetsch |
| **Email:** | t.roetsch@gtgraphics.de |
| **Address:** | Hepkestr. 171 |
| | Dresden 01277 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 16, 2025 |
| **Applicant's Tracking Number:** | TR2025051602 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-877

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Ascending |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | June 08, 2018 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Tobias Roetsch |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tobias Roetsch |
| | Hepkestr. 171, Dresden, 01277, Germany |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tobias Roetsch |
| **Email:** | t.roetsch@gtgraphics.de |
| **Address:** | Hepkestr. 171 |
| | Dresden 01277 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 16, 2025 |
| **Applicant's Tracking Number:** | TR2025051604 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-437

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Fissure

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 14, 2022
**Nation of 1st Publication:** Germany

## Author

- **Author:** Tobias Roetsch
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Tobias Roetsch
Hepkestr. 171, Dresden, 01277, Germany

## Rights and Permissions

**Name:** Tobias Roetsch
**Email:** t.roetsch@gtgraphics.de
**Address:** Hepkestr. 171
Dresden 01277 Germany

## Certification

**Name:** David Denholm
**Date:** May 16, 2025
**Applicant's Tracking Number:** TR2025051609

Page 1 of 2

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-847

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
July 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Persistence |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | October 25, 2022 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Tobias Roetsch |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tobias Roetsch |
| | Hepkestr. 171, Dresden, 01277, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tobias Roetsch |
| **Email:** | t.roetsch@gtgraphics.de |
| **Address:** | Hepkestr. 171 |
| | Dresden 01277 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 16, 2025 |
| **Applicant's Tracking Number:** | TR2025051611 |

Page 1 of 2

